**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| TONY P. O'MALLEY<br>CATHY R. O'MALLEY, | NO. 07-07934<br>JUDGE: Black(Joliet) |
| DEBTORS | |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS**

     As you know, our firm represents Midfirst Bank in your Chapter 13 Case Number 07-07934.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  Accordingly, any information with which you provide this office can and may be used to collect that debt.

I have been informed by my client that you have failed to make payments as required:

| | | |
|---|---|---:|
| 12/09 – 2/10 regular monthly payment(s) at $1,886.50 each | = | $5,659.50 |
| 03 late charges at $75.46 each | = | $226.38 |
| Accrued late charges | = | $1,569.52 |
| Less Suspense balance | = | ($1,655.23) |
| Attorney fees (cost of collection for this proceeding) | = | $150.00 |
| Property Inspection and BPO costs | = | $721.00 |
| Corporate advance for attorneys fees for motion for relief from stay | = | $550.00 |
| Corporate advance for court costs for motion for relief from stay | = | $150.00 |
| **TOTAL** | **=** | **$7,371.17** |

                                                   Respectfully submitted,

                                                     /s/ Michael J. Kalkowski
                                                 Attorney for **Midfirst Bank**

Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC #06271827
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant (F&S 06-4524D)

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**